ACCEPTED
03-14-00771-CV
5841094
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 12:47:22 PM
JEFFREY D. KYLE
CLERK

# NO. 03-14-00771-CV

## In The
## Third Court of Appeals
### AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/26/2015 12:47:22 PM
JEFFREY D. KYLE
Clerk

**Sanadco Inc., Mahmoud A. Isba, Broadway Grocery, Inc., Shariz, Inc., Ruby & Sons Store, Inc., and Rubina Noorani,**

**APPELLANTS**

### VS.

**The Office of the Comptroller of Public Accounts; Glenn Hegar, in his individual and official capacities as Comptroller of Public Accounts for the State of Texas; and Ken Paxton in his official capacity as Attorney General of the State of Texas,**

**APPELLEES**

_____

**Appeal From Cause No D-1-GN-13-4352**
**The 200th District Court Of Travis County, Texas**
**The Honorable Charles Ramsay, Presiding**
_____

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANTS' REPLY BRIEF

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Appellants, SANADCO, INC. ET AL, pursuant to TEX. R. APP. P. 38.6 (d) and 10.5 (b), move this Honorable Court to extend the time for filing its Appellant's Reply Brief, and for cause would show unto the Court the following:

1. The 200th District Court issued its order denying Appellants' motion for temporary orders in Cause No. D-1-GN-13-4352 on November 13, 2014. On December 3, 2014, Appellants timely filed a Notice of Accelerated Appeal from an Interlocutory Order

Denying a Temporary Injunction. The clerk filed her record on January 6, 2015, and the Reporter did not file a record.

2. After a grant of a motion for extension of time, Appellants timely filed its brief on April 16, 2015, and Appellees, after the grant of its motion for extension of time, filed their timely Response on May 26, 2015.

3. On June 16, 2016, Appellants inadvertently submitted their untimely Reply Brief, having been due on June 15, 2015 pursuant to Rule 38.6 (c). Appellants, after inquiry, were advised on June 26, 2015, that a motion for new trial would be required before the brief could be filed.

4. For these reasons, Appellants respectfully request that the Court grant a 12-day extension of time for filing this Appellants' Brief, creating a new deadline of June 27, 2015.

5. This motion is not being sought for delay, but so that the interests of justice may be served.

**WHEREFORE, PREMISES CONSIDERED,** Appellants respectfully move this Honorable Court to grant this motion for extension of time and extend the time for filing the Appellants' Reply Brief in this cause to June 27, 2015.

Respectfully submitted,

*Law Office of*
*Samuel T. Jackson*

__/s/ Samuel T Jackson
Texas Bar No. 10495700

PO Box 170633
Arlington, TX 76003-0633

Sanadco Inc. and Mahmoud A. Isba, Et Al vs.                                        2
The Comptroller of Public Accounts, Et Al
Motion for Extension of Time

Tel: (512) 692-6260
Fax. 866 -722-9685
jacksonlaw@hotmail.com
ATTORNEY FOR APPELLANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have conferred concerning this request for extension of time, and counsel for the Appellees does not oppose this motion.

_/s/ Samuel T Jackson
Samuel T. Jackson

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing instrument was served on the parties or their attorneys **via facsimile**, certified mail, return receipt requested, and/or hand delivery on June 26, 2015, in accordance with the Texas Rules of Appellate Procedure, to the following:

**JACK HOHENGARTEN**
Assistant Attorney General
FINANCIAL LITIGATION DIVISION
P.O. Box 12548
Austin, TX 78711-2548
Tel:  (512) 475-3503
Fax:  (512) 477-2348/480-8327
Email: jack.hohengarten@oag.state.tx.us

Sanadco Inc. and Mahmoud A. Isba, Et Al vs.                                            3
The Comptroller of Public Accounts, Et Al
Motion for Extension of Time